## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | CHAPTER 11 |
| GARY REGESTER and | : | |
| JOYCE REGESTER, | : | |
| | : | |
| Debtors | : | Bankruptcy No.: 10-30496 |
| | : | |
| | : | |

### CERTIFICATION

I, Eugene A. Steger, Jr., attorney for the Debtors, hereby certify that a new bankruptcy filing for the Debtors was filed on January 3, 2011. The bankruptcy case number is 11-10012.

Dated: 1/3/11

/s/ Eugene A. Steger, Jr., Esquire
Eugene A. Steger, Jr., Esquire
Eugene Steger & Associates, P.C.
411 Old Baltimore Pike, Suite 201
Chadds Ford, PA 19317
Phone (610) 388-7800